FILED

03/26/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0325

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 23-0325

STATE OF MONTANA,

Plaintiff and Appellee,

v.

DEBORAH MICHELLE LARSON,

Defendant and Appellant.

**GRANT**

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until April 22, 2024, to prepare, file, and serve the Appellant's opening brief.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
March 26 2024